UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA M. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-11171-JCB |
| | ) |
| IPSEN BIOPHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

October 26, 2023

Boal, M.J.

In accordance with the Court's memorandum and order dated October 26, 2023, granting the Defendant's motion to dismiss in the above-entitled action, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge