UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA M. THORNTON<br><br>    Plaintiff,<br><br>v.<br><br>IPSEN BIOPHARMACEUTICALS, INC.<br><br>    Defendant. | Civil Action No.: 1:23-cv-11171-JCB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Regina M. Thornton, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the District Court (Boal, M.J.), dated October 26, 2023, granting the Defendant's *Motion to Dismiss* in the above-numbered case.

                                            Respectfully submitted,
                                            The Plaintiff,
                                            Regina Thornton,
                                            By her attorneys,

DATED: November 13, 2023

                                            */s/ Richard C. Chambers, Jr., Esq.*
                                            Richard C. Chambers, Jr., Esq.
                                            BBO#: 651251
                                            Joseph Spinale, Esq.
                                            BBO#: 548547
                                            Chambers Law Office
                                            220 Broadway, Suite 404
                                            Lynnfield, MA 01940
                                            Office: (781) 581-2031
                                            Fax: (781) 581-8449
                                            E-mail: Richard@chamberslawoffice.com
                                            E-mail: Joe@chamberslawoffice.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: November 13, 2023

                                        */s/ Richard C. Chambers, Jr., Esq.*
                                        Richard C. Chambers, Jr., Esq.