# United States Court of Appeals
## For the First Circuit

No. 23-1951

REGINA M. THORNTON,

Plaintiff, Appellant,

v.

IPSEN BIOPHARMACEUTICALS, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: January 16, 2025

  This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

  Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed in part and affirmed in part, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Jennifer C. Boal, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Joseph Spinale, Richard Cullin Chambers Jr., Jonathan D. Rosenfeld, Michael Lenzi