# United States Court of Appeals
## For the First Circuit

No. 23-1951

REGINA M. THORNTON,

Plaintiff - Appellant,

v.

IPSEN BIOPHARMACEUTICALS, INC.,

Defendant - Appellee.

**MANDATE**

Entered: February 7, 2025

    In accordance with the judgment of January 16, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Jennifer C. Boal
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Joseph Spinale
Richard Cullin Chambers Jr.
Jonathan D. Rosenfeld
Michael Lenzi